No. 56. PENNSYLVANIA RAILROAD CO. ET AL. *v.* RYCH-LIK. Certiorari, 351 U. S. 930, to the United States Court of Appeals for the Second Circuit. The motions for leave to file briefs of the Brotherhood of Locomotive Engineers and Railway Labor Executives' Association, as *amici curiae,* are granted. *Clarence E. Weisell* and *Harold N. McLaughlin* for the Brotherhood of Locomotive Engineers, and *Clarence M. Mulholland, Edward J. Hickey, Jr.* and *Richard R. Lyman* for the Railway Labor Executives' Association.

No. ——. ROLLINS *v.* MICHIGAN. The motion to stay execution of sentence and for bail is denied.

No. 321. THOMSON *v.* TEXAS & PACIFIC RAILWAY CO. C. A. 5th Cir. Certiorari granted. *Dallas Scarborough* and *Davis Scarborough* for petitioner. *John B. Pope* for respondent.

No. 359. BLACK, ASSISTANT REGIONAL COMMISSIONER, ALCOHOL AND TOBACCO TAX DIVISION, INTERNAL REVENUE SERVICE, *v.* MAGNOLIA LIQUOR CO., INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for petitioner. *Moise S. Steeg, Jr.* for respondent.

No. 173, Misc. MALLORY *v.* UNITED STATES. The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit are granted. *Joseph C. Waddy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.